## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No: 11-CV-03186-RPM**

MARK PETERS AND PATRICIA PETERS,

    Plaintiffs,

v.

COMMUNITY CONNECTIONS, INC. EMPLOYEE BENEFIT PLAN;
COMMUNITY CONNECTIONS, INC., a Colorado Corporation;
REGIONAL CARE, INC., a Nebraska Corporation,

    Defendants.

_____

### ORDER DISMISSING REGIONAL CARE, INC.
_____

    Pursuant to the hearing held today and upon the determination that the plaintiffs have failed to state a claim for ERISA benefits and for breach of fiduciary duty under ERISA against Regional Care, Inc., and upon the further determination that the cross claim under Fed.R.Civ. 13(g) asserted by Community Connections, Inc., against Regional Care, Inc., is for a breach of contract and with the dismissal of Regional Care Care, Inc., as a defendant, a cross claim against it becomes an improper pleading and there is no separate jurisdictional basis for this claim in this court.  Accordingly, it is

    ORDERED that the complaint is dismissed as to the defendant Regional Care, Inc., with prejudice and it is

FURTHER ORDERED that the cross claim of Community Connections, Inc., against Regional Care, Inc., is dismissed without prejudice.

Dated this 7th day of May, 2012.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge