# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                  June 28, 2013
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 11-cv-03186-RPM

| | |
|---|---|
| MARK PETERS and | Gregory R. Giometti |
| PATRICIA PETERS, | Tamara J. Wayland |
| | |
| Plaintiffs, | |
| | |
| v. | |
| | |
| COMMUNITY CONNECTIONS, INC. EMPLOYEE BENEFIT PLAN,  and | Michael C. Santo |
| COMMUNITY CONNECTIONS, INC., a Colorado corporation | Alicia M. Williams |
| | |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**1:52 p.m.**         **Court in session.**

Court's preliminary remarks and states its view of the case.

Argument by Ms. Wayland.

Argument by Mr. Santo.

Rebuttal argument by Ms. Wayland.

Mr. Santo answers questions asked by the Court.
Further argument by Mr Santo.

**ORDERED:**     Plaintiffs' Motion for Summary Judgment [30], is taken under advisement.

Plaintiffs' [33] Motion to Strike Exhibits C and D re [31] Response, is taken under advisement.

**2:30 p.m.**         **Court in recess.**

Hearing concluded.  Total time: 38  min.