IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 11-cv-03186-RPM

MARK PETERS and
PATRICIA PETERS,

    Plaintiffs,

v.

COMMUNITY CONNECTIONS, INC. EMPLOYEE BENEFIT PLAN;
COMMUNITY CONNECTIONS, INC., a Colorado Corporation;
REGIONAL CARE, INC., a Nebraska Corporation,

    Defendants.
_____

ORDER APPROVING JOINT NOTICE OF PROPOSED SETTLEMENT
_____

    Upon review of the Joint Notice of Proposed Settlement [43] filed September 13, 2013, it is

    ORDERED that the joint notice is approved.  On or before October 3, 2013, counsel shall file a stipulation for dismissal or a status report.

    Dated this 18th day of September, 2013.

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge