**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Civil Action No.: 11-CV-03186-RPM

MARK PETERS AND PATRICIA PETERS,

    Plaintiffs,

v.

COMMUNITY CONNECTIONS, INC. EMPLOYEE BENEFIT PLAN;
COMMUNITY CONNECTIONS, INC., a Colorado Corporation,

    Defendants.

___

**ORDER REGARDING**
**STIPULATED MOTION TO DISMISS ALL CLAIMS**
**AGAINST DEFENDANTS WITH PREJUDICE**

___

    This matter having come before this Court on a Stipulated Motion to Dismiss All Claims Against Defendants with Prejudice and the Court, having read the Stipulated Motion, finds it well taken.

    IT IS THEREFORE ORDERED that all claims asserted by Plaintiffs against Defendants in Civil Action No.: 11-CV-03186-RPM are dismissed with prejudice, without an award of costs or fees to any party.

    IT IS SO ORDERED this 3rd day of October, 2013.

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Senior District Judge Richard P. Matsch